IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BRANDON KEITH JOHNSON, | |
| Plaintiff, | |
| v. | 2:24-CV-214-Z-BR |
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, *et al.*, | |
| Defendants. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case as frivolous pursuant to 28 U.S.C. Section 1915(e)(2)(B). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. ECF No. 16. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and this case is hereby **DISMISSED with prejudice**.

**SO ORDERED.**

November 21, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE